UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| **THE WINE GROUP LLC**, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**LEVITATION MARKETING, LLC,** a Nevada Limited Liability Company,<br><br>and<br><br>**TIPTON SPIRITS, LLC,** d/b/a Desirée Vodka Company, LLC., an Indiana Limited Liability Company,<br><br>Defendants. | Case No.  2:11-CV-01704-WBS-JFM<br><br>**ORDER VACATING AND CONTINUING THE CASE MANAGEMENT CONFERENCE** |

The Parties have stipulated to a continuance of the Case Management Conference currently scheduled for October 17 at 2:00 p.m.  On consideration of their motion, the Court hereby VACATES the Case Management Conference scheduled for October 17 and reschedules same for Monday, **November 14, 2011, at 2:00 P.M.,** Courtroom 5.  The Parties shall comply with the deadline for filing the Joint Status Report set forth in paragraph 2 of the Court's Order June 24, 2011.

SO ORDERED

DATED: October 11, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER VACATING AN